| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Sevan Gorginian, Esq. (SBN 298986)<br>Law Office of Sevan Gorginian<br>450 North Brand Blvd. Suite 600<br>Glendale, CA 91203<br>T: 818-928-4445 I F: 818-928-4450<br>sevan@gorginianlaw.com | |
| *Attorney for:* Debtor | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION ▼

In re:

TADEH AHANI AVANESSIANS

Debtor(s).

CASE NO.:  1:20-bk-11196-MT

ADVERSARY NO.:
(*if applicable*)

CHAPTER: 7    ▼

Plaintiff(s),

vs.

Defendant(s).

# SUBSTITUTION OF ATTORNEY
## [LBR 2091-1(b)]

1.  The name(s) of the party(ies) making this Substitution of Attorney *(specify)*:

    Tadeh Ahani Avanessians

2.  The name, address, telephone number, and email address of the new attorney are *(specify)*:

    None.  Debtor in pro per.

3.  New attorney hereby appears in the following matters:    ☒ **t**he bankruptcy case    ☐ the adversary proceeding

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4.  The new attorney is substituted as attorney of record in place instead of the present attorney. *(Specify name of present attorney)*:

Sevan Gorginian, Esq. 450 N. Brand Blvd. Suite 600 Glendale, CA 91203

Date: 09/28/2020

*Tadeh Avanessians*
_____
Signature of party

Tadeh Avanessians
_____
Printed name of party

_____
Signature of *second* party (if applicable)

_____
Printed name of *second* party (if applicable)

_____
Signature of *third* party (if applicable)

_____
Printed name of *third* party (if applicable)

_____
Signature of *fourth* party (if applicable)

_____
Printed name of *fourth* party (if applicable)

I consent to the above substitution.
Date: 9/28/2020 _____

/s/ Sevan Gorginian
_____
Signature of present attorney

Sevan Gorginian
_____
Printed name of present attorney

I am duly admitted to practice in this district.  The above substitution is accepted.
Date: 9/28/2020 _____

*Tadeh Avanessians*    in pro per
_____
Signature of new attorney

Tadeh Avanessians, in pro per
_____
Printed name of new attorney

**IMPORTANT NOTICE**

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2014*                                Page 2                                **F 2091-1.SUBSTITUTION.ATTY**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

450 N. Brand Blvd. Suite 600 Glendale, CA 91203

A true and correct copy of the foregoing document entitled: **SUBSTITUTION OF ATTORNEY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __9-28-2020__ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Angela Bowers on behalf of Creditor OneMaincbp@springleaf.com
Sevan Gorginian on behalf of Debtor sevan@gorginianlaw.com, 2486@notices.nextchapterbk.com
Kirsten Martinez on behalf of Creditor VW Credit Leasing, Ltd.,Kirsten.Martinez@bonialpc.com
David Seror (TR)aquijano@bg.law, C133@ecfcbis.com
United States Trustee (SV)

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9-28-2020 | Sevan Gorginian | /s/ Sevan Gorginian |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.