**United States Bankruptcy Court**
**Central District of California**

21041 Burbank Blvd, Woodland Hills, CA 91367−6603

# NOTICE OF ORDER DENYING DISCHARGE

| | |
|---|---|
| **DEBTOR(S) INFORMATION:**<br>Tadeh Ahani Avanessians<br>**SSN:** xxx−xx−6257<br>**EIN:** 81−5011521<br>aka Todd Avanessians, dba Tadeh Avanessians, CPA<br><br>17118 Index Street<br>Granada Hills, CA 91344 | **BANKRUPTCY NO.** 1:20−bk−11196−MT<br>**CHAPTER** 7 |

Notice is hereby given that an order was entered **DENYING the DISCHARGE** of the above−named debtor(s).

Order entered on 2/2/2021
Docket #63.

Dated: February 2, 2021

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form van57 5/96) VAN−57    **64 / LFG**